No. 1902.—Succession of Jacob Weigel, opposition of Helena Betz to the Inventory.

Where an appeal is granted on motion in open Court, the names of the appellees must be inserted in the appeal bond, otherwise the appeal will be dismissed for want of proper parties.   14 An. 315, 388; 19 An. 197.

APPEAL from the Second Judicial District Court of Louisiana. *Pardee*, J.   *N. Commander* and *W. B. Hyman*, for appellants, *W. O. Denegre*, for appellees.

LUDELING, C. J.    A motion to dismiss this appeal has been made, on the ground that all the parties interested in maintaining the judgment of the District Court have not been made parties to this appeal.    The order for an appeal was granted in open court.    The bond is in favor of "*the succession of Jacob Weigel, his executors, administrators and assigns.*"

The administratrix caused an inventory to be made of the property of the succession; and Helena Betz filed an opposition to the inventory, claimed to be the owner of certain real estate, which had been placed on said inventory, and prayed that said real property be stricken from the inventory.    This case having been tried in the lower court, was brought before this court by appeal; and our predecessors remanded it back to the lower court in order that the heirs might be made parties.    The heirs, all of age, having been made parties, there was judgment in their favor, recognizing them as the owners of the property in dispute, and from this judgment an appeal was taken.

The bond is defective in not naming the heirs or using such terms as would clearly embrace them.    5 An. 574; 10 An. 232; 12 An. 71; 14 An. 315, 688.    "An administrator is the trustee of the creditors."    2 An. 923.    The heirs were necessary parties to the suit.    C. P. art. 123; C. C. 1049.

The appeal is therefore dismissed.